KATHY E. MOUNT, SBN: 104736
kmount@meyersnave.com
JASMIN Y. DANESHGAR, SBN 239098
jdaneshgar@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 – 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF UNION CITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TONNACLIFF,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF UNION CITY,<br><br>  Defendant. | Case No. C06-07105 SC<br><br>**STIPULATION TO EXTEND TIME IN WHICH TO FILE RESPONSE TO COMPLAINT** |

The parties hereby stipulate that the time for defendant City of Union City to answer or otherwise respond to the complaint in this matter is extended to no later than January 8, 2007.

Dated: November 28, 2006

MEYERS, NAVE, RIBACK, SILVER & WILSON

By _____
Kathy E. Mount
Attorneys for Defendant

Dated: November 28, 2006

RAINS, LUCIA & WILKINSON LLP

By _____
Alison Berry Wilkinson
Attorneys for Plaintiff

*IT IS SO ORDERED*
Judge Samuel Conti

1  UPON SAID STIPULATION, IT IS SO ORDERED.

2

3  Dated: _____         _____

4                                 Judge of the U.S. District Court

5

6  876171_1

# PROOF OF SERVICE

Case Name: *Charles Tonnacliff v. City of Union City*
United States District Court Northern District of California
Case No.: C06-07105 SC

I, Maggie Bedig, am a citizen of the United States, and am over 18 yeas of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**STIPULATION TO EXTEND TIME IN WHICH TO FILE RESPONSE TO COMPLAINT**

upon all parties addressed as follows:

Kathy E. Mount, Esq.
Jasmin Y. Daneshgar, Esq.
Meyers, Nave, Riback, Silver & Wilson
555 12th Street, Suite 1500
Oakland, CA 94607

said service was effected as indicated below:

☐ HAND DELIVERY- I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

☐ FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

☒ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on November 30, 2006 at Pleasant Hill, California.

*/s/ Maggie Bedig*

PROOF OF SERVICE