```
KATHY E. MOUNT, SBN: 104736
kmount@meyersnave.com
JASMIN Y. DANESHGAR, SBN 239098
jdaneshgar@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 – 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF UNION CITY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TONNACLIFF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF UNION CITY,<br><br>　　　　Defendant. | Case No. C06-07105 SC<br><br>**STIPULATION TO EXTEND TIME IN WHICH TO FILE RESPONSE TO COMPLAINT** |

　　　　The parties hereby stipulate that the time for defendant City of Union City to answer or otherwise respond to the complaint in this matter is extended to no later than January 22, 2007.

Dated: January 3, 2007　　　　　　MEYERS, NAVE, RIBACK, SILVER & WILSON


By _____/s/ Kathy E. Mount_____
　　Kathy E. Mount
　　Attorneys for Defendant

Dated: January 4, 2007　　　　　　RAINS, LUCIA & WILKINSON LLP


By _____/s/ Alison Berry Wilkinson_____
　　Alison Berry Wilkinson
　　Attorneys for Plaintiff

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Samuel Conti, Judge Samuel Conti]

STIPULATION TO EXTEND TIME IN WHICH
TO FILE RESPONSE TO COMPLAINT　　　　1　　　　*Tonnacliff v. City of Union City*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C06-07105 SC

UPON SAID STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                         Judge of the U.S. District Court

922521_1