Alison Berry Wilkinson (SBN 135890)
Matthew George (SBN 239322)
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

Attorneys for Plaintiffs
CHARLES TONNACLLIFF and all other Consenters

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES TONNACLIFF** <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF UNION CITY** <br><br> Defendant. | Case Number: 06-7105 SC <br><br> **STIPULATION AND** ~~PROPOSED~~ **ORDER FOR EXTENSION OF DEADLINE TO COMPLETE SETTLEMENT CONFERENCE AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br><br> Complaint Filed: November 16, 2006 <br> Trial Date: Not set. |

THE PARTIES HEREBY STIPULATE:

On February 23, 2007, the parties were referred to a settlement conference with Magistrate Judge Elizabeth D. LaPorte to be held within 120 days of the Order. A further case management conference was scheduled for June 29, 2007.

The parties originally scheduled a settlement conference with Magistrate Judge LaPorte for June 22, 2007. The parties were later notified that the settlement conference would need to be rescheduled due previously scheduled leave of Judge LaPorte. The parties were notified that

the only other available date prior to the expiration of this Court's order was for June 6, 2007. However, despite the good faith efforts of both parties, the parties may not be in a position to conduct a meaningful settlement conference due to the ongoing discovery efforts necessary to be completed prior to conducting a meaningful settlement conference.

The parties hereby stipulate and request that the deadline for completion of the settlement conference be extended to July 31, 2007. The parties have tentatively scheduled a settlement conference for July 23, 2007 with Magistrate Judge LaPorte, which will be confirmed upon issuance of this Order. The parties further stipulate and request that the date for the next case management conference be continued to July 27, 2007, pending completion of the settlement conference.

Dated: 4/23/07

Matthew George
Attorneys for Charles Tonnacliff
and all Consentors

Dated: 4-23-07

Kathy E. Mount
Attorneys for City of Union City

IT IS SO ORDERED:

Dated: 4/30/07

Hon. S...
Judge ...

IT IS SO ORDERED
Judge Samuel Conti

2
**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF DEADLINE TO COMPLETE SETTLEMENT CONFERENCE AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**