**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TONNACLIFF,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY OF UNION CITY, et al.,<br><br>     Defendants.<br>_____/ | No. C-06-07105 SC (EDL)<br><br>NOTICE OF CONTINUANCE<br><u>OF SETTLEMENT CONFERENCE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for June 22, 2007 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **July 25, 2007 at 9:30 a.m**.

On or before **July 16, 2007**, the parties shall deliver directly to the magistrate judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: May 3, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge