KATHY E. MOUNT (SBN 104736)
kmount@meyersnave.com
SAMANTHA W. ZUTLER (SBN 238514)
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 - 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF UNION CITY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES TONNACLIFF

   Plaintiff,

v.

CITY OF UNION CITY

   Defendant.

Case Number: C-06-07105 SC

STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DISCOVERY

Complaint Filed: November 16, 2006
Trial Date: Not set.

THE PARTIES HEREBY STIPULATE to the following:

1.  The parties hereby withdraw their request to the court for entry of a Protective Order related to initial discovery;

2.  The parties will produce documents and other discovery related to the liability issues in this matter.

3.  Discovery relating to issues of damages will be postponed until the Motion for Summary Judgment now pending before Judge Charles R. Breyer in *Kevin Martin v. City of Richmond* (Case No. C-06-06146 CRB) has been concluded. Hearing on the motion is currently set for August 3, 2007.

///

4. ADR processes currently in progress will be postponed until after October 22, 2007.

Dated: June 1, 2007       MEYERS, NAVE, RIBACK, SILVER & WILSON

By _____
Kathy E. Mount
Attorneys for Defendant
City of Union City

Dated: June 1, 2007       RAINS, LUCIA & WILKINSON LLP

By _____
Alison Berry Wilkinson
Attorneys for Plaintiff
Charles Tonnacliff

IT IS SO ORDERED.

Dated: 6/7/07       _____
Judge Samuel Conti

974549