1  Alison Berry Wilkinson (SBN 135890)
2  Matthew George (SBN 239322)
   **RAINS, LUCIA & WILKINSON LLP**
3  2300 Contra Costa Blvd., Suite 230
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5
6  Attorneys for Plaintiffs
   CHARLES TONNACLIFF
7

8                       UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10

11 **CHARLES TONNACLIFF**           )   Case Number: 06-7105 SC
                                    )
12          Plaintiff,              )   **STIPULATION AND** ~~PROPOSED~~
                                    )   **ORDER FOR CONTINUANCE OF**
13     v.                           )   **CASE MANAGEMENT CONFERENCE**
                                    )
14 **CITY OF UNION CITY**           )
                                    )
15          Defendant.              )
                                    )
16                                  )   Complaint Filed:  November 16, 2006
                                    )   Trial Date:       Not set.
17                                  )
                                    )
18 _____  )

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                   1
   **STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF CASE MANAGEMENT
                              CONFERENCE**

1  THE PARTIES HEREBY STIPULATE:

2  On July 2, 2007, the Court's Clerk noticed that the Case Management Conference set

3  for July 27, 2007 would be rescheduled for August 3, 2007 at 10:00 a.m. Counsel for plaintiff

4  as well as defendant are scheduled to appear before Judge Breyer at 10:00 a.m. on August 3,

5  2007 and therefore request the Case Management Conference be continued from August 3,

6  2007 to August 10, 2007, or as soon thereafter as the Court's calendar permits.

   <mark>August 17, 2007</mark>

7

8  Dated: 7/16/07

9  _____
   Matthew George
10 Attorneys for Charles Tonnacliff
   and all Consenters
11

12 Dated: 7-16-07
   _____
   Kathy E. Mount
13 Attorneys for City of Union City

14

15 IT IS SO ORDERED:

16

17 Dated: July 27, 2007

18 Hon. _____
   Judge
19      *IT IS SO ORDERED*
        Judge Samuel Conti
20

21

22

23

24

25

26

27

28

2

**STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

# PROOF OF SERVICE

Case Name:   *Charles Tonnacliff v. City of Union City*
United States District Court Northern District of California
Case No.: C 06-7105 SC

I, Dwaine Jones, am a citizen of the United States, and am over 18 yeas of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

upon all parties addressed as follows:

Kathy E. Mount, Esq.
Meyers, Nave, Riback, Silver & Wilson
555 12th Street, Suite 1500
Oakland, CA 94607
kmount@meyersnave.com

said service was effected as indicated below:

☐   HAND DELIVERY- I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

☐   MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

☒   VIA ELECTRONIC MAIL:  I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on July 17, 2007 at Pleasant Hill, California.

*/s/ Dwaine Jones*

PROOF OF SERVICE