

**RAINS, LUCIA & WILKINSON LLP**
Attorneys & Counselors at Law

Harry S. Stern
Pleasant Hill
HStern@RLWLaw.com
www.RLWLaw.com

December 21, 2007

Hon. Samuel Conti
United States District Court
Northern District of California
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Tonnacliff v. Union City*
           **Request for Continuance of Trial Date**

Your Honor:

    The parties hereby mutually request a continuance of the current March 10, 2008 trial date and all applicable deadlines including the discovery cutoff date, and deadline for filing motions. The parties have agreed to mediate the case with Michael Loeb of JAMS and would like the opportunity to seriously attempt to resolve the case.

    To date there has been no prior ADR. If it would please the Court, a further Case Management Conference in the immediate future might be in order. Thank you very much for your consideration of this request.

Respectfully submitted,

RAINS, LUCIA & WILKINSON LLP

Harry S. Stern

**DENIED**
Judge Samuel Conti

HSS:jlp
cc:    Kathy Mount

Pleasant Hill
2300 Contra Costa Boulevard, Suite 230
Pleasant Hill, CA 94523
PH: 925.609.1699   FX: 925.609.1690

Sacramento
2485 Natomas Park Drive, Suite 340
Sacramento, CA 95833
PH: 916.646.2860   FX: 916.646.2861

San Jose
333 West Santa Clara Street, Suite 800
San Jose, CA 95113
PH: 408.287.3803   FX: 408.286.3161

Santa Rosa
2300 Bethards Drive, Suite F
Santa Rosa, CA 95405
PH: 707.576.8954   FX: 707.526.4018